JOHN H. GALLINGER, Appellant and Respondent, *v.* COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent and Appellant.

(Argued April 19, 1929; decided May 3, 1929.)

*Glenn A. Stockwell* for plaintiff, appellant and respondent.

*Frank Gibbons* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.